[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 20, 2010
JOHN LEY
CLERK

No. 09-16366
Non-Argument Calendar

_____

D.C. Docket No. 07-02093-CV-T-27MSS


WRESTLEREUNION, LLC,
a Florida limited liability corporation,

Plaintiff-Appellant-Counter Defendant,

versus

LIVE NATION, INC.,
a foreign corporation,

Defendant-Appellee,

LIVE NATION TELEVISION HOLDINGS, INC.,

Defendant-Appellee-Counter-Claimant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(September 20, 2010)

Before BLACK, PRYOR and HILL, Circuit Judges.

PER CURIAM:

This is an appeal from a jury verdict and judgment of the district court entered on behalf of defendant/appellee, Live Nation Television Holdings, Inc. (Live Nation), against plaintiff/appellant, WrestleReunion, LLC (Wrestlereunion). The facts of the case involved a dispute over Live Nation's contractual obligation to produce and market programming of WrestleReunion's wrestling events. After an eight-day trial, the jury returned a verdict in favor of Live Nation. It found that WrestleReunion had not proven by the greater weight of the evidence that Live Nation had breached the contract.

We have reviewed the record in this appeal, the briefs, and the arguments of counsel. Finding no error, we affirm the judgment of the district court.

AFFIRMED.